UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

THE ESTATE OF TERESA GAINES, ET AL.                                                                PLAINTIFFS

V.                                                          CIVIL ACTION NO. 3:21-CV-617-DPJ-LGI

FEDEX GROUND PACKAGE SYSTEM, INC., ET AL.                                                  DEFENDANTS

ORDER

On November 15, 2021, Defendant UPS Professional Services, Inc. moved to dismiss the claims against it. Mot. [14]. Pursuant to the Court's June 6, 2022 Order [60], on June 9, 2022, Plaintiffs filed a First Amended Complaint, which eliminates the claims against UPS Professional Services, Inc. Am. Compl. [61]. As such, the claims against UPS Professional Services, Inc., have effectively been dismissed. Its motion [14] is therefore granted; all claims against UPS Professional Services, Inc., are dismissed.

**SO ORDERED AND ADJUDGED** this the 13th day of June, 2022.

                                                                        s/ *Daniel P. Jordan III*
                                                                        CHIEF UNITED STATES DISTRICT JUDGE